NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNNY CLYDE LOWERY,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-2314

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-3334, Judge Michael P. Allen.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    LOWERY v. MCDONOUGH

(2)  Each side shall bear their own costs.


FOR THE COURT


January 15, 2025
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** January 15, 2025